UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JEROME MOORE
3441 SO COURT ST
MONTGOMERY, AL 36105

CASE NO: 11-32799-DHW

Soc. Sec. No. XXX-XX-6302
Debtor.

## AMENDED INCOME WITHHOLDING ORDER

TO: AAFES
P O BOX 740933
DALLAS, TX 75374

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that AAFES withhold from the wages, earnings, or other income of this debtor the sum of **$58.00 WEEKLY** and remit all such funds withheld to:

CURTIS C REDING, CHAPTER 13 TRUSTEE
11-32799-DHW JEROME MOORE
P O BOX 613108
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Thursday, April 9, 2015 .

cc: Debtor
Debtor's Attorney

*/s/ Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge